IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLANCA MONICA VILLARREAL, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TRANSAMERICA LIFE INSURANCE § <br> COMPANY, AND DILIGENCE § <br> INTERNATIONAL GROUP, LLC, § <br> Defendants. § | CIVIL ACTION NO. 4:17-CV-02988 |

## **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Blanca Monica Villarreal and Defendant Transamerica Life Insurance Company jointly stipulate and move for entry of the attached Order of Dismissal Without Prejudice under Rule 41(a)(1).

Defendant Diligence International Group, LLC has not yet been served or appeared in this matter so its consent to this stipulation is not required under Rule 41(a)(1)(A)(ii).

WHEREFORE, the parties jointly request that the Court enter the Order of Dismissal Without Prejudice attached hereto.

Respectfully submitted,

DALY & BLACK, P.C.

s/ *John Scott Black*
   Richard D. Daly
   State Bar No. 00796429
   John Scott Black
   State Bar No. 24012292
   2211 Norfolk Street, Suite 800
   Houston, Texas 77098
   (713) 655-1405
   (713) 655-1587 (Fax)
   **ATTORNEYS FOR PLAINTIFF**

WINSTEAD PC

By: */s/ Jason R. Bernhardt*
J. David Brown
State Bar No. 0313660
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: 214-745-5400
Facsimile:  214-745-5390
dbrown@winstead.com

- and –

Jason R. Bernhardt
State Bar No. 24045488
600 Travis, Suite 1100
Houston, Texas 77002
Telephone: 713-650-8400
Facsimile:  713-650-2700
jbernhardt@winstead.com
**COUNSEL FOR DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's electronic filing and service system this 27th day of October, 2017.

*/s/ Jason R. Bernhardt*
Jason R. Bernhardt