United States District Court
Southern District of Texas
**ENTERED**
January 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLANCA MONICA VILLARREAL, Plaintiff, | § § § § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:17-CV-02988 |
| TRANSAMERICA LIFE INSURANCE COMPANY, AND DILIGENCE INTERNATIONAL GROUP, LLC, Defendants. | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Joint Stipulation of Dismissal came to be considered on this day and, having considered same, the Court hereby enters the following order of dismissal without prejudice.

It is, ORDERED, ADJUDGED, and DECREED that all claims and causes of action that have been asserted in this cause be and are hereby DISMISSED without prejudice. Each party shall bear its own costs.

Signed at Houston, Texas this 30th day of January , 2018

_____
U.S. DISTRICT JUDGE